# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 23, 2025

**BY EMAIL & ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. Mr. Velazquez may stay at his grandmother's home on the night of Dec. 24, 2025, but must return to his approved residence no later than 8:00 p.m. on Dec. 25, 2025. Mr. Velazquez must provide to his PTS Officer an address and phone number for his grandmother's home.

Re:   <u>**United States v. Danny Velazquez**</u>
       **25 Mag. 3944 (UA)**

SO ORDERED.

_____
USMJ 12/23/2025

Dear Judge Cave:

I write to respectfully request a temporary modification of Mr. Velazquez's conditions of release to allow him to spend Christmas Eve and Christmas Day with his family. Pretrial services objects to this request as a matter of policy. The government takes no position on the request.

At Mr. Velazquez's presentment on December 16, 2025, Magistrate Judge Stein set the following bail conditions:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York and, solely for court purposes, the District of New Jersey and the Middle District of Pennsylvania and points in between; surrender all travel documents and make no new applications; drug testing/treatment as directed by pretrial services; home detention enforced by location monitoring technology as directed by pretrial services; continue/seek employment; no contact with any alleged co-conspirators, victims or witnesses (to be identified by the government to defense counsel), except in the presence of counsel; satisfy all outstanding warrants.

Mr. Velazquez was released on his own signature and must meet the remaining conditions of the bond by December 30, 2025. Since Mr. Velazquez's release, he has complied with the conditions of release.

Mr. Velazquez now respectfully requests a temporary bail modification to enable him to spend Christmas Eve and Christmas Day with his family. Specifically, Mr. Velazquez requests permission to travel to and stay overnight at his grandmother's home in the Bronx, at an address to be provided to pretrial services, on December 24, returning to his home, also in the Bronx, on

December 25, 2025. Because Mr. Velazquez is on home detention, pretrial services objects to this request as a matter of policy. The government takes no position on the request.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Danny Velazquez*

cc:    Counsel of record

SO ORDERED:

_____
**THE HONORABLE SARAH L. CAVE**
United States Magistrate Judge

2