UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/15/2026__
```

United States of America,

                    Plaintiff(s),

            -against-                              26-CR-00013 (MMG)

Danny Velazquez                                   **ORDER**

                    Defendant(s).

MARGARET M. GARNETT, United States District Judge:

The Arraignment and Initial Pretrial Conference in this matter is scheduled for January

21, 2026, at 2:30 p.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square,

New York, NY 10007.

Dated: January 15, 2026
       New York, New York

                                   SO ORDERED.

                                   MARGARET M. GARNETT
                                   United States District Judge