UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                             :

UNITED STATES OF AMERICA       :

                             :          1:26-CR-00013-MMG-1

       -against-             :             **ORDER**

                             :

Danny Velazquez,         :

           Defendant.       :
------------------------------------------------------------X

Margaret M. Garnett, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition

of release:

   1.  Mental health evaluation and treatment as directed by Pretrial Services

Dated:  New York, New York

        March ⎯18⎯, 2026

SO ORDERED:

_____
Margaret M. Garnett
United States District Judge