# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 20, 2026

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Request GRANTED. Mr. Velazquez may attend his nephew's party in the Bronx on March 28, 2026, with all details provided to pre-trial services in advance, and only for the time necessary to travel to/from and attend the party. SO ORDRED.*

*Dated: March 23, 2026*

      Re:    **United States v. Danny Velazquez**
               **26 Cr. 13 (MMG)**

Dear Judge Garnett:

I write to respectfully request a temporary modification of Mr. Velazquez's conditions of release to allow him to attend his three-year-old nephew's birthday party in the Bronx on March 28. Because Mr. Velazquez is on home detention, pretrial services objects to this request as a matter of policy, but notes his continued compliance with his conditions of release. The government does not object to the request.

At Mr. Velazquez's presentment on December 16, 2025, Magistrate Judge Stein set the following bail conditions:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York and, solely for court purposes, the District of New Jersey and the Middle District of Pennsylvania and points in between; surrender all travel documents and make no new applications; drug testing/treatment as directed by pretrial services; home detention enforced by location monitoring technology as directed by pretrial services; continue/seek employment; no contact with any alleged co-conspirators, victims or witnesses (to be identified by the government to defense counsel), except in the presence of counsel; satisfy all outstanding warrants.

Mr. Velazquez was released on his own signature and met the remaining conditions of the bond by December 30, 2025, as directed.

On December 23, Magistrate Judge Cave granted Mr. Velazquez's request for a temporary bail modification to enable him to spend Christmas Eve and Christmas Day with his family. Specifically, Mr. Velazquez was granted permission to travel to and stay overnight at his

grandmother's home in the Bronx, at an address provided to pretrial services, on December 24, returning to his home, also in the Bronx, on December 25, 2025. Mr. Velazquez complied with these conditions without incident.

On January 5, 2026, Magistrate Judge Wang granted Mr. Velazquez's request for permission to regularly visit his mother, who is ill and was at the time living at his grandmother's home in the Bronx. His mother has since moved back home with Mr. Velazquez and his siblings, also in the Bronx. Mr. Velazquez recently began working as his mother's home health aide and is responsible for her care, including regularly flushing out her feeding tube and accompanying her to doctor's appointments.

Mr. Velazquez now requests a temporary bail modification to allow him to attend his three-year-old nephew's birthday party in the Bronx at 6:00 p.m. on March 28, with the specific address to be provided to pretrial services in advance, and a schedule to be implemented by pretrial services as directed. Because Mr. Velazquez is on home detention, pretrial services objects to this request as a matter of policy, but notes his continued compliance with his conditions of release. The government does not object to the request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Danny Velazquez*

cc:    Counsel of record

SO ORDERED:

_____
**THE HONORABLE MARGARET M. GARNETT**
United States District Judge

2