Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 14, 2026

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 16, 2026

**Re: United States v. Danny Velazquez**
**26 Cr. 13 (MMG)**

Dear Judge Garnett:

I write to respectfully request a temporary modification of Mr. Velazquez's conditions of release to allow him to travel to and attend: (1) his cousin's baby shower from 5:00 p.m. to 1:00 a.m. on July 18, 2026, and (2) another cousin's Sweet 16 birthday party in the Bronx from 6:00 p.m. to 12:00 a.m. on July 26, 2026. He will attend both events with his immediate family members with whom he lives. Because Mr. Velazquez is on home detention, pretrial services objects to this request as a matter of policy but notes his continued compliance with his conditions of release. The government does not object to the request.

At Mr. Velazquez's presentment on December 16, 2025, Magistrate Judge Stein set the following bail conditions:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York and, solely for court purposes, the District of New Jersey and the Middle District of Pennsylvania and points in between; surrender all travel documents and make no new applications; drug testing/treatment as directed by pretrial services; home detention enforced by location monitoring technology as directed by pretrial services; continue/seek employment; no contact with any alleged co-conspirators, victims or witnesses (to be identified by the government to defense counsel), except in the presence of counsel; satisfy all outstanding warrants.

Mr. Velazquez was released on his own signature and met the remaining conditions of the bond by December 30, 2025, as directed.

On December 23, Magistrate Judge Cave granted Mr. Velazquez's request for a temporary bail modification to enable him to spend Christmas Eve and Christmas Day with his family. Specifically, Mr. Velazquez was granted permission to travel to and stay overnight at his grandmother's home in the Bronx, at an address provided to pretrial services, on December 24, returning to his home, also in the Bronx, on December 25, 2025. Mr. Velazquez complied with these conditions without incident.

On January 5, 2026, Magistrate Judge Wang granted Mr. Velazquez's request for permission to regularly visit his mother, who is ill and was at the time living at his grandmother's home in the Bronx. His mother has since moved back home with Mr. Velazquez and his siblings, also in the Bronx. For the past several months, Mr. Velazquez has been working 42 hours a week as his mother's home health aide and is responsible for her care, including accompanying her to doctor's appointments.

On March 23, 2026, Your Honor granted Mr. Velazquez's request for permission to attend his three-year-old nephew's birthday party in the Bronx, with all details provided to pretrial services in advance, and only for the time necessary to travel to/from and attend the party. Mr. Velazquez complied with these conditions without incident.

On June 26, 2026, this Court granted Mr. Velazquez's request to attend his nephew's birthday party in Spring Valley, New York on June 27, with all details provided to pretrial services in advance, for the time necessary to travel to/from and attend the party. Mr. Velazquez again complied with these conditions without incident.

Mr. Velazquez now requests a temporary bail modification to allow him to attend (1) his cousin's baby shower from 5:00 p.m. to 1:00 a.m. on July 18, 2026, and (2) another cousin's Sweet 16 birthday party in the Bronx from 6:00 p.m. to 12:00 a.m. on July 26, 2026. He would travel there and back with his immediate family members, with whom he lives, on the same day, and would provide the specific address and time details to pretrial services in advance of travel. Because Mr. Velazquez is on home detention, pretrial services objects to this request as a matter of policy but notes his continued compliance with his conditions of release. The government does not object to the request.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Danny Velazquez*

cc: Counsel of record

SO ORDERED:

______________________________

**THE HONORABLE MARGARET M. GARNETT**
United States District Judge

GRANTED. Mr. Velasquez may attend his cousin's baby shower on July 18, 2026 and another cousin's birthday party in the Bronx on July 26, 2026, with all details provided to pre-trial services in advance, and for the time necessary to travel to/from and attend the baby shower and birthday party. Because these are evening social events, albeit family gatherings, Mr. Velasquez is STRICTLY CAUTIONED to abide by all other terms of his supervised release while attending these events, including refraining from the use of marijuana or excessive alcohol consumption. The privilege of the Court's approval for these occasional family social outings is contingent on Mr. Velasquez's continued compliance.

SO ORDERED. Dated July 15, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE