Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 23, 2026

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: July 27, 2026

**Re: United States v. Danny Velazquez**
**26 Cr. 13 (MMG)**

Dear Judge Garnett:

I write, with the government's consent, to respectfully request an adjournment of the July 30, 2026 status conference in the above-captioned case until after September 25, 2026. The codefendants in this matter, Henry Batista and Santos Rivera, join in this request.

On July 20, 2026, Mr. Velazquez submitted an application to the Young Adult Opportunity Program. The pretrial services office confirmed receipt and informed the parties that we will be notified of the final decision by September 25, 2026. If accepted, Mr. Velazquez's first program session will be held on October 6, 2026. Accordingly, Mr. Velazquez respectfully requests an adjournment until after September 25. Counsel for Mr. Velazquez is generally available with the exception of Mondays and Wednesdays after 3:30 p.m.

The government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow the Young Adult Opportunity Program to consider Danny Velazquez's pending application and to enable each of the defendants to continue reviewing discovery, contemplate motion practice, and for the parties to discuss potential pretrial resolutions of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Danny Velazquez*

cc: Counsel of record

GRANTED. The July 30, 2026 Status Conference is hereby ADJOURNED until **Tuesday, September 29, 2026**, at **11:00 a.m.** The Status Conference will occur in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Time is excluded through **September 29, 2026**, under the Speedy Trial Act with the consent of all Defendants and for the reasons enumerated above. The Clerk of Court is respectfully directed to terminate Dkt. No. 46.

SO ORDERED. Dated July 27, 2026.



HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE