Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 14, 2026

**BY ECF**

Hon. Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** **United States v. Danny Velazquez**
**26 Cr. 13 (MMG)**

Dear Judge Garnett:

I write to respectfully request a temporary modification of Mr. Velazquez's conditions of release to allow him to travel to New Jersey to attend his cousin's birthday party in Edison, NJ from 6:00 p.m. to 9:00 p.m., returning home at or before 10:30 p.m. Pretrial services consents to this request. The government does not object to this request.

At Mr. Velazquez's presentment on December 16, 2025, Magistrate Judge Stein set the following bail conditions:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York and, solely for court purposes, the District of New Jersey and the Middle District of Pennsylvania and points in between; surrender all travel documents and make no new applications; drug testing/treatment as directed by pretrial services; home detention enforced by location monitoring technology as directed by pretrial services; continue/seek employment; no contact with any alleged co-conspirators, victims or witnesses (to be identified by the government to defense counsel), except in the presence of counsel; satisfy all outstanding warrants.

Mr. Velazquez was released on his own signature and met the remaining conditions of the bond by December 30, 2025, as directed.

For 10 months, Mr. Velazquez has maintained compliance with his conditions of release. This includes strict compliance with the terms of various temporary modifications of his conditions of release to enable him to attend family events, such as permission to: spend Christmas Eve and Christmas Day with his family at his grandmother's home in the Bronx; regularly visit his sick

mother at his grandmother's home in the Bronx in January 2026; attend his three-year-old nephew's birthday party in the Bronx with his family; travel to and attend another nephew's birthday party in Spring Valley, New York with his family; attend one cousin's baby shower and another cousin's Sweet 16 celebration with family in the Bronx. *See* ECF Doc. Nos. 7, 9, 21, 38, 45.

On August 11, 2026, the Court modified Mr. Velazquez's conditions of release to replace home detention with a curfew, with curfew hours to be set by pretrial services. ECF Doc. No. 51. He continues to abide by his modified conditions of release without issue.

Mr. Velazquez now requests a temporary bail modification to allow him to travel to New Jersey to attend his cousin's birthday party with his family in Edison, NJ from 6:00 p.m. to 9:00 p.m., returning home at or before 10:30 p.m. Pretrial services consents to this request. The government does not object to this request.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Danny Velazquez*

cc: Counsel of record

GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 54.

SO ORDERED:

**THE HONORABLE MARGARET M. GARNETT**
United States District Judge
10/14/2026